IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| SUNRISE FARMS INC., | |
| Plaintiff | No. 18-CV-4022-CJW-KEM |
| vs. | **ORDER** |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC; KDF ENTERPRISES, LLC; SABRE ENERGY SERVICES, LLC; PRIME STAFFING, LLC; TRIDENT ENVIRONMENTAL GROUP, LLC; TRIAD ENERGY SERVICES; PROGRESSIVE ENVIRONMENTAL SERVICES INC; SHELTON SERVICES, INC; COTTON LOGISTICS, INC; | |
| Defendants. | |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| PRIME STAFFING, L.L.C., TRIDENT ENVIORNMENTAL GROUP, L.L.C., TRIAD ENERGY SERVICES, PROGRESSIVE ENIVORNMENTAL SERVICES, INC., SHELTON SERVICES, INC., COTTON LOGISTICS, INC., | |

|  | |
|---|---|
| Third-Party Defendants. | |
| SHELTON SERVICES, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| CODE 3 SERVICES, LLC; DILLON ENVIRONMENTAL SERVICES, LP; EMR, INC.; ENHANCED ENVIRONMENTAL AND EMERGENCY SERVICES, INC; JER'S BIN CLEANING; JONES BUILDERS, LLC; SLICK RESPONSE SERVICES, LTD; | |
| Third-Party Defendants | |

_____

Plaintiff Sunrise Farms, Inc., moves to extend the scheduling order deadlines and to continue trial in this case, based on the addition of Third-Party Defendants. Doc. 177. The motion is unopposed. Docs. 174, 177. For the reasons stated in the motion and discussed during the prior status conference, I find good cause exists to extend the deadlines and trial ready date as requested.

IT IS ORDERED Plaintiff Sunrise Farms, Inc.'s Motion to Continue Trial and Extend Deadlines (Doc. 177) is **granted**. The following scheduling deadlines shall apply in this case:

| | |
|---|---|
| Adding Parties: | August 1, 2019 |
| Amending Pleadings: | August 1, 2019 |
| Plaintiffs' Expert Disclosures: | September 6, 2019 |

Defendants' & Third-Party Defendants' Expert Disclosures:

November 8, 2019

Plaintiffs' Rebuttal Expert Disclosures: December 9, 2019

Discovery completed: March 9, 2020[1]

Dispositive Motion Deadline: April 17, 2020

Trial Ready Date: November 16, 2020.

IT IS FURTHER ORDERED the previously scheduled trial date and final pretrial conference (Doc. 106) are continued. New dates for the final pretrial conference and trial will be set by separate order.

**IT IS SO ORDERED** this 10th day of June, 2019.

_Kelly K.E. Mahoney_
Kelly K.E. Mahoney
Chief United States Magistrate Judge
Northern District of Iowa

---

[1] Moved to the following business day as the proposed deadline fell on a weekend.