| | |
|---|---|
| SUNRISE FARMS, INC., | |
|     Plaintiff, | No. 18-CV-4022 CJW |
| vs. | ORDER RESETTING<br>FINAL PRETRIAL CONFERENCE<br>AND TRIAL |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., KDF ENTERPRISES, LLC, SABRE ENERGY SERVICES, LLC, PRIME STAFFING, LLC, TRIDENT ENVIRONMENTAL GROUP, LLC, TRIAD ENERGY SERVICES, PROGRESSIVE ENVIRONMENTAL SERVICES INC., SHELTON SERVICES, INC., COTTON LOGISTICS, INC., | |
|     Defendants. | |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., | |
|     Third-Party Plaintiff, | |
| vs. | |
| PRIME STAFFING, LLC, TRIDENT ENVIRONMENTAL GROUP, LLC, TRIAD ENERGY SERVICES, PROGRESSIVE ENVIRONMENTAL SERVICES, INC. d/b/a SWS ENVIRONMENTAL SERVICES, SHELTON SERVICES, INC., and COTTON LOGISTICS, INC., | |
|     Third-Party Defendants. | |

SHELTON SERVICES, INC.,

    Third-Party Plaintiff,

vs.

CODE 3 SERVICES, LLC, DILLON ENVIRONMENTAL SERVICES, LP, EMR, INC., ENHANCED ENVIRONMENTAL AND EMERGENCY SERVICES, INC., JER'S BIN CLEANING, JONES BUILDERS, LLC, SLICK RESPONSE SERVICES, LTD.,

    Third-Party Defendants.

_____

On June 10, 2019, Chief Magistrate Judge Kelly K.E. Mahoney granted the motion to extend scheduling order deadlines and to continue trial filed by plaintiff Sunrise Farms, Inc., and stated in her Order at Doc. 178 that the final pretrial conference and trial dates would be rescheduled by the District Court.

**IT IS ORDERED** the jury trial for this matter is rescheduled to begin on **Monday, November 30, 2020, in Sioux City, Iowa. DATE CERTAIN. No further continuances will be granted.**

The telephonic final pretrial conference is rescheduled to **Monday, November 16, 2020, at 9:30 a.m., CST.** The parties shall access the FPTC by: (1) calling 888-684-8852, (2) enter access code 4670058 #, (3) press # to enter as a participant, (4) enter security code 5825#. At the FPTC, the parties should be prepared to argue all pretrial motions, evidentiary issues, and procedural disputes.

2

Case 5:18-cv-04022-CJW-KEM   Document 179   Filed 06/11/19   Page 2 of 3

The trial management order (Doc. 56) will continue to govern this case with the new trial date substituted; all deadlines shall be calculated from the substituted trial date.

**IT IS SO ORDERED** this 11th day of June, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa