# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| SUNRISE FARMS, INC., | |
| Plaintiff, | No. 18-CV-4022 CJW-KEM |
| vs. | **SETTLEMENT ORDER** |
| SABRE ENERGY SERVICES, LLC, | |
| Defendant. | |

The Court was advised on Tuesday, October 20, 2020, that the above-captioned case has settled, and the parties anticipate no further action other than the filing of a stipulated dismissal. Accordingly, all pending deadlines are hereby suspended.

**IT IS ORDERED**

1. The Clerk of Court is directed to close this case for statistical purposes and remove it from the trial calendar.

2. The parties must file closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41. The parties are granted **thirty (30) days** from the date of this order. If the case has not been dismissed within **thirty (30) days**, and/or counsel have not filed a written status report, this case will be dismissed following notice pursuant to Local Rule 41(c).

**IT IS SO ORDERED** this 20th day of October, 2020.

_____
C.J. Williams
United States District Judge
Northern District of Iowa