# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| SUNRISE FARMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., KDF ENTERPRISES, LLC, & SABRE ENERGY SERVICES, LLC,; PRIME STAFFING, LLC; TRIDENT ENVIRONMENTAL GROUP, LLC; TRIAD ENERGY SERVICES, LLC; PROGRESSIVE ENVIRONMENTAL SERVICES, INC. d/b/a SWS ENVIRONMENTAL SERVICES; SHELTON SERVICES, INC.; and COTTON LOGISTICS, INC. <br><br> Defendants. | No. 5:18-cv-04022-CJW-KEM <br><br><br><br><br><br><br><br><br><br> **MOTION FOR DISMISSAL WITH PREJUDICE OF SABRE ENERGY SERVICES, LLC** |
| CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> PRIME STAFFING, LLC, TRIDENT ENVIRONMENTAL GROUP, LLC, TRIAD ENERGY SERVICES, LLC, PROGRESSIVE ENVIRONMENTAL SERVICES, INC. d/b/a SWS ENVIRONMENTAL SERVICES, SHELTON SERVICES, INC., and COTTON LOGISTICS, INC., <br><br> Third-Party Defendants. | |

| | |
|---|---|
| SHELTON SERVICES, INC.<br><br>　　Third-Party Plaintiff,<br><br>　vs.<br><br>CODE 3 SERVICES, LLC; DILLON ENVIRONMENTAL SERVICES, LP; EMR, INC.; ENHANCED ENVIRONMENTAL AND EMERGENCY SERVICES, INC.; JER'S BIN CLEANING; JONES BUILDERS, LLC; and SLICK RESPONE SERVICES, LTD.,<br><br>　　Third-Party Defendants. | |

COMES NOW Plaintiff, Sunrise Farms, Inc. ("Sunrise"), and for its Motion for Dismissal with Prejudice of Sabre Energy Services, LLC states as follows:

1. Sunrise seeks dismissal with prejudice of its claims against the following entities:

    a. Sabre Energy Services, LLC.

2. Sunrise has obtained dismissals of all other defendants in this matter.

3. An order for the relief requested in this motion is appropriate pursuant to Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, Plaintiff respectfully requests that the Court enter an order pursuant to Federal Rule of Civil Procedure 41(a)(2) dismissing Sabre Energy Services, LLC with prejudice.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　WHITFIELD & EDDY, P.L.C.
　　　　　　　　　　　　　　　　　　699 Walnut Street, Suite 2000
　　　　　　　　　　　　　　　　　　Des Moines, IA 50309-4195
　　　　　　　　　　　　　　　　　　Telephone: (515) 288-6041
　　　　　　　　　　　　　　　　　　Fax: (515) 246-1474
　　　　　　　　　　　　　　　　　　Email: stone@whitfieldlaw.com
　　　　　　　　　　　　　　　　　　Email: hermsen@whitfieldlaw.com

By  /s/  Jeffrey D. Stone
Jeffrey D. Stone

By  /s/ Zachary J. Hermsen
Zachary J. Hermsen
ATTORNEYS FOR PLAINTIFF

Original filed.

Copy to all counsel via CM/ECF.

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on November 18, 2020.

By:  ☐ U. S. Mail         ☐ eMail
     ☐ Hand Delivered     ☐ Overnight Courier
     ☐ Certified Mail     X Other:   CM/ECF
     ☐ FAX

Signature: /s/ Zach Hermsen